IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01044-RPM

UTICA MUTUAL INSURANCE COMPANY, a New York Corporation,

    Plaintiff,

v.

LEE ENGINEERING AND CONSTRUCTION COMPANY, a Georgia Corporation,
SOUTHEAST CONTRACT BOND SERVICES, INC., a Georgia Corporation, and
MARILYN BLOME,

    Defendants.

_____

## ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **October 15, 2008, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on October 9, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: August 11th, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge