IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-1044-RPM

UTICA MUTUAL INSURANCE COMPANY, a New York Corporation,

    Plaintiff
v.

LEE ENGINEERING AND CONSTRUCTION COMPANY, a Georgia Corporation, SOUTHEAST CONTRACT BOND SERVICES, INC., a Georgia Corporation, and MARILYN BLOME, an individual.

    Defendants

---

**ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE PURSUANT TO FED.R.CIV.P. 42 AND D. COLO. LCIVR 42.1**

---

Upon consideration of Plaintiff, Utica Mutual Insurance Company's Unopposed Motion to Consolidate Pursuant to Fed.R.Civ.P. 42 and D. Colo. LCivR 42.1. Having reviewed the Motion and being fully advised in the premises therefore, the Court hereby finds that there are common issues of law and fact in this matter and *Adesta Communications, Inc. v. Utica Mutual Insurance Company*, Case No. 08-cv-01817. The Court further finds that consolidation would be in the interest of judicial economy and efficiency. Accordingly, it is

ORDERED that *AdestaCommunications, Inc. v. Utica Mutual Insurance Company*, Case No. 08-cv-01817, is hereby consolidated into this matter.

DATED:    October 6th, 2008

                                BY THE COURT

                                s/Richard P. Matsch
                                _____
                                Honorable Richard P. Matsch
                                Senior United States District Court Judge