IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01044-RPM
(Consolidated with 08-cv-01817-RPM)

UTICA MUTUAL INSURANCE COMPANY, a New York Corporation,

       Plaintiff,

v.

LEE ENGINEERING AND CONSTRUCTION COMPANY, a Georgia Corporation, SOUTHEAST CONTRACT BOND SERVICES, INC., a Georgia Corporation, and MARILYN BLOME,

       Defendants.

and

ADESTA COMMUINICATIONS, INC., a Delaware corporation,

       Plaintiff,

v.

UTICA MUTUAL INSURANCE COMPANY, a New York corporation,

       Defendant.
_____

ORDER VACATING GENERAL CASE MANAGEMENT ORDER AND ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE AND SETTING SCHEDULING CONFERENCE
_____

Pursuant to the order granting the motion to consolidate [25] entered by Senior Judge Richard P. Matsch on October 6, 2008, it is

ORDERED that the General Case Management Order and Order of Reference to United States Magistrate entered by Chief Judge Edward W. Nottingham on August 29, 2008, in Civil Action No. 08-cv-01817-EWN-MJW is vacated and it is

FURTHER ORDERED that a scheduling conference will be held on **December 4, 2008, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on November 25, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: October 6th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge