**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-1044-RPM
(Consolidated with 08-cv-01817-RPM)

UTICA MUTUAL INSURANCE COMPANY, a New York Corporation,

    Plaintiff

v.

LEE ENGINEERING AND CONSTRUCTION COMPANY, a Georgia Corporation, SOUTHEAST CONTRACT BOND SERVICES, INC., a Georgia Corporation, and MARILYN BLOME, an individual.

    Defendants

and

ADESTA COMMUNICATIONS, INC., a Delaware corporation,

    Plaintiff

v.

UTICA MUTUAL INSURANCE COMPANY, a New York corporation,

Defendant

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE REGARDING *UTICA MUTUAL INSURANCE COMPANY V. LEE ENGINEERING AND CONSTRUCTION COMPANY, ET AL.*, CASE NO. 08-1044**

---

Upon consideration of the parties' Stipulation for Dismissal with Prejudice Regarding Utica Mutual Insurance Company v. Lee Engineering and Construction Company, et al., it is

ORDERED that Utica Mutual Insurance Company's complaint against defendants Lee Engineering and Construction Company*,* Southeast Contract Bond Services, Inc., and Marilyn Blome (Civil Action No.. 08-cv-01044-RPM) is hereby dismissed with prejudice, each party to bear their own attorney fees and costs except as is otherwise provided in the settlement agreements between the parties. It is

FURTHER ORDERED that the *Adesta Communications, Inc. v. Utica Mutual Insurance Company*, Civil Action No. 08-cv-01817-RPM, remains pending on this Court's docket.

DATED: January 30, 2009

BY THE COURT

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge